**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0670
(301) 344-3910 FAX

August 27, 2015

RE: *Jefferson v. Select Portfolio Servicing, Inc.*
PWG 15-2031

**LETTER ORDER**

Dear Parties:

Please be advised the Court has scheduled a pre-motion telephone conference call on **September 10, 2015 at 5:00 p.m.** Parties are directed to dial in on the designated date and time. The dial in information is as follows:

**Dial-In Number: (877) 848-7030**
**Access Code: 9549728**
**Participant Password: 091015**

Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

/S/
Paul W. Grimm
United States District Judge

ast