ECKERT SEAMANS
ATTORNEYS AT LAW

Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, N.W.
12th Floor
Washington, D.C. 20006

TEL: 202 659 6600
FAX: 202 659 6699

Sarah Shyr
sshyr@eckertseamans.com
Direct Dial: 202-659-6686

**VIA CM/ECF FILING AND U.S. MAIL**

October 6, 2015

U.S. District Judge Paul W. Grimm
U.S. District Court for the District of Maryland
6500 Cherywood Lane
Greenbelt, MD 20770

**Re: Jefferson v. Select Portfolio Servicing Inc., Case No. PWG 15-2031**
**Request for a Pre-Motion Conference to File a Motion to Dismiss**

Dear Judge Grimm:

Pursuant to the Standing Case Management Order issued in this action, Defendant BWW Law Group LLC ("BWW") respectfully requests that this Court schedule a pre-motion conference to discuss the filing of a Motion to Dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. Rule 12(b)(6). The Amended Complaint was served on September 15, 2015, and the deadline to file a response to the Amended Complaint is October 6, 2015.

On July 10, 2015, Plaintiff filed his original complaint against Defendant Select Portfolio Servicing Inc. ("SPS") as a preemptive attack on the anticipated foreclosure of residential property located at 11509 Brigit Court, Maryland ("Property"). Plaintiff alleged against SPS various violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq*. ("FDCPA"), and Maryland Consumer Protection Act, Md. Commercial Law Code Ann. § 13-101 *et seq*. ("MCPA").

On August 28, 2015, Plaintiff filed an Amended Complaint, which added SPS's foreclosure counsel, BWW, as a Defendant. The Amended Complaint alleges many of the same FDCPA and MCPA allegations against BWW, and includes additional exhibits regarding notices received from BWW. Currently pending before the Court is SPS's Motion to Dismiss the Amended Complaint.

Each of the factual and legal arguments set forth in SPS's Motion to Dismiss the Amended Complaint apply equally to Defendant BWW and are incorporated by reference herein. With regard to the allegations in the Amended Complaint that are specific to BWW, Plaintiff makes a variety of meritless and unsubstantiated allegations. The Amended Complaint alleges: (1) that the dunning letter and response received by BWW (Ex. D) did not specifically state it was on behalf of SPS or identify itself as a debt collector; (2) that the "verification" of debt letter sent by BWW was improper; (3) that BWW's attempt to collect a debt past the statute of limitations violates the

ECKERT SEAMANS
ATTORNEYS AT LAW



FDCPA and MCPA; and (4) that the notices sent by BWW and SPS contradict one another regarding the amount of the debt. Much like the claims against SPS, these claims are either contradicted by the plain language of the exhibits attached to the Amended Complaint or are completely conclusory without any basis in law or fact. When the Court views these claims in context, it will be clear that Plaintiff's Amended Complaint fails to state a claim for which relief can be granted. Accordingly, BWW respectfully requests this Court to set a pre-motion conference to discuss the filing of BWW's Motion to Dismiss.

Alternatively, as this Court has already held a pre-motion conference on SPS's Motion to Dismiss, and it is clear there can be no resolution of this dispute short of the filing of a motion, BWW respectfully requests that this Court enter an Order setting forth a briefing schedule without a pre-motion conference call. If the Court is inclined to move forward without a telephone conference, BWW proposes the following briefing schedule:

BWW's Motion to Dismiss – 10/23/2015 (not to exceed 30 pages)
Plaintiff's Opposition – 11/9/2015 (not to exceed 30 pages)
BWW's Reply – 11/19/2015 (not to exceed 15 pages).

We look forward to hearing from the Court on this matter.

Respectfully submitted,

*/s/ Sarah Shyr*

Edward J. Longosz, II (#07509)
Daniel A. Glass (#28730)
Sarah Shyr (#18296)
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Ave NW, Suite 1200
Washington, D.C. 20006

*Attorneys for Defendant BWW Law Group LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Request for a Pre-Motion Conference to File a Motion to Dismiss** was filed electronically and served as required by Fed. R. Civ. P. 5(a) via U.S. mail, postage prepaid, and a courtesy copy was sent via e-mail, this 6th day of October, 2015, to:

Cameron Jefferson
11509 Brigit Court
Bowie, MD 20720
cameronjefferson7309@yahoo.com

*Plaintiff*

*/s/ Sarah Shyr*
Sarah Shyr