FILED: September 26, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1884
(8:15-cv-02031-PWG)
_____

CAMERON JEFFERSON, a single man

    Plaintiff - Appellant

v.

SELECT PORTFOLIO SERVICING INC., A Utah Corporation; BWW LAW GROUP LLC, a Maryland limited liability corporation

    Defendants - Appellees

_____

O R D E R
_____

The court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk